UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ANDREW PEREZ,

                Plaintiff,

        -against-

EXPERIAN, *et al.*,

                Defendants.

20-CV-9119 (CM)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an IFP application, but he does not answer any of the questions. Rather, he states that he "would like to pay [the filing] fee [of] $400." (ECF No. 1, at 6.) Accordingly, within thirty days of the date of this order, the Court directs Plaintiff to pay the $400.00 in fees.

    If Plaintiff would prefer to submit an amended IFP application, he may complete the attached application. The application should be labeled with docket number 20-CV-9119 (CM) and provide facts establishing that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

    If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. No summons shall issue at this time.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

Plaintiff has consented to electronic service. (ECF No. 5.)

SO ORDERED.

Dated:  November 5, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge