AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv9119 (MKV)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sequium Asset Solutions__
was received by me on *(date)* __1-14-21__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* served certified return receipt mail # ~~7019 2280 0001 5315 6345~~ EJ492555914805
to Registered agent Registered Agent Solutions
99 Washington Ave Suite 1008
Albany, NY 12260

My fees are $ __20.00__ for travel and $ __0.00__ for services, for a total of $ __20.00__

I declare under penalty of perjury that this information is true.

Date: __1-14-21__

*Melissa Perez*
Server's signature

Melissa Perez
Printed name and title

240 E 119 street Apt. 6  NY, NY 10035
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv9119 (MKV)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Trans Union

was received by me on *(date)* 1-14-21

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served via certified return receipt # 7011 0780 0001 5375 6437, EJ49 2589 175 US
to registered agent The Prentice-Hall Corporation System, Inc.
80 State St
Albany, NY 12207-2543

My fees are $ 20.00 for travel and $ 0.00 for services, for a total of $ 20.00

I declare under penalty of perjury that this information is true.

Date: 1-14-21

Meline Perez
*Server's signature*

Melissa Perez
*Printed name and title*

240 E 119 street Apt. 6 NY, NY 10035
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv9119 (MKV)

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Equifax__

was received by me on *(date)* __1-14-21__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served via certified return receipt # 7019 2280 0001 5315 6499 to registered agent The Prentice-Hall Corporation System - Inc. 85492559125 US
80 State St.
Albany, NY 12207

My fees are $ __20.00__ for travel and $ __0.00__ for services, for a total of $ __20.00__.

I declare under penalty of perjury that this information is true.

Date: __1-14-21__

_Melia Per_
Server's signature

__Melissa Perez__
Printed name and title

__240 E 119 street Apt. 6. NY, NY 10035__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv9119 (MKV)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Citibank

was received by me on *(date)* 1-14-21 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served via certified return receipt # ~~7019 2280 0001 5315 6338~~
TO Registered agent CT Corporation System    E5492559134US
28 ~~State St~~ Liberty St
NY, NY 10005

My fees are $ 20.00 for travel and $ 00.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: 1-14-21

Melissa Perez
*Server's signature*

Melissa Perez
*Printed name and title*

240 E 115 street apt 6 NY, NY 10035
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv9119 (MKV)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Verizon Wireless
was received by me on *(date)* 1-14-21

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served via certified return receipt # 7018 2280 0001 5315 6420
To registered agent CT Corporation           ES492559134US
28 Liberty St
NY, NY 10005

My fees are $ 20.00 for travel and $ 0.00 for services, for a total of $ 20.00

I declare under penalty of perjury that this information is true.

Date: 1-14-21                        Meli P
                                    Server's signature

                                    Melisss Perez
                                    Printed name and title

                                    246 E 119 Street apt 6 NY, NY
                                    Server's address
                                    10035

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv9119 (MKV)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Experian__

was received by me on *(date)* __1-14-21__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served via certified return receipt 7019 2280 0001 5315 6457
to registered agent CT Corporation System                EJ492559134US
                    28 Liberty St
                    New York, NY 10005

My fees are $ __20.00__ for travel and $ __0.00__ for services, for a total of $ __20.00__ .

I declare under penalty of perjury that this information is true.

Date: __1-14-21__          _____Melissa Perez_____
                                *Server's signature*

                           _____Melissa Perez_____
                              *Printed name and title*

                           240 E 119 street Apt 6 NY, NY 10035
                                *Server's address*

Additional information regarding attempted service, etc: