ERIC PEREZ
421 8th Ave Unit #93
New York, NY 10116
917-463-9418
experttrainers@icloud.com

December 26, 2020

Southern District Court
Chief Clerk
500 Pearl St
New York, NY 10007

RE: 20-CV-9119 Filing

Dear Sir or Madam:

    I am filing this complaint in reference to the filing the entitled complaint on 10-30-20. I filed this complaint electronically with all the necessary forms and in the legal format, please see attached exhibits. I have not received any electronic or physical notifications about the above entitled complaint due to a Court employee changing the valid email address of experttrainers@icloud.com to experttrainero@iword.com. This was perpetrated as a way to create a delay in this case and as a way to make fun of the plaintiff.

    There is no way that this email could have been misread or misconstrued as the email address with an extension that is fictitious. All of my information is contained on the cover sheet and letter sent from experttrainers@icloud.com. If there was any doubt about any of this information my phone number was also on the paperwork and was also included in the electronic filing along with the complaint.

    As I have reported in the past there is a group of federal and state controlled informants that have unfettered access to my communications that are obstructed justice in this case by deleting emails. Please see the attached email confirming the filing of this case on 10-30-20.  There is no system administrator, court of the clerk, or any other federal worker who has been sworn to uphold justice that would believe that

experttrainero@iword.com is a valid email address and if they had any doubt about the proper address they would have called the above plaintiff.

This was perpetrated deliberately and maliciously, and is so obvious that this is beyond shocking to the human consciousness so to say. I have exposed this as a racket and will continue to stand for my rights as a natural born US citizen. I have also been the victim of a multi year, multi jurisdiction civil criminal conspiracy administered by the same individuals in a complex orchestration.

I am also being censored electronically and these individuals have been granted illegal access to my MacBook, iPhones, and electronic accounts to enforce their rackets. I am unable to log into the Southern District ECF see exhibit 1.

I require the Judge's order and the necessary paperwork needed for proper service of the lawsuit to the defendants in this lawsuit sent to the address listed on the documents and listed above.

Sincerely,

Eric Perez

Exhibit #1



From: **Temporary Pro Se Filing NYSD** temporary_pro_se_filing@nysd.uscourts.gov
Subject: Automatic reply: New Case Filing Pro Se
Date: October 30, 2020 at 12:55 PM
To: Eric Perez perpertmel@icloud.com



**Acknowledgment of Receipt**:

Your email has been received by the Pro Se Intake Unit of the United States District
Court for the Southern District of New York.  (This is not the United States Bankruptcy
Court.)
Documents from pro se litigants that meet the required standards for electronic filing will
be filed and will appear on the ECF docket within two business days of receipt (see
required standards below).  If you send your document by email and it is accepted for
filing, you should not deliver a hard copy version to the court.

Required Standards for Filing by Email:

- Documents must be attached to the email in PDF format, no larger than 10
  megabytes;
- The email and attached document must contain the case number, filer's name,
  address, and telephone number;
- Documents must be signed by the filing party by either
  - (a) signing by hand and then scanning the document;
  - (b) signing electronically using a digital signature; or
  - (c) by typing: "s/Filer's Name;"
- Any additional comments, questions, or other messages in the email will be
  disregarded;
- Any additional correspondence included in the email will be disregarded.

If your document does not appear on the ECF docket within two business days, it has not
met the required standards for electronic filing.  If so, you must submit your document to
the court in paper form by (a) sending your document by mail, or overnight delivery
service, to the appropriate courthouse listed below; or (b) delivering your document in-
person to the appropriate courthouse listed below between the hours of 9:30 AM to 1:00
PM; or (c) depositing your document after hours in the court's night depository box at the
500 Pearl Street, NY, NY courthouse.

**United States Courthouse**
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007
or
**United States Courthouse**
Pro Se Intake Unit
300 Quarropas Street
White Plains, NY 10601

For more information on the Standards for Filing by Email go
to:https://nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-
%20Pro%20Se%20Email.pdf.

# ERIC ANDREW PEREZ

421 8th Ave Unit #93

New York, NY 10116

9174639418

October 29, 2020

PRO SE CLERK

US DISTRICT COURT

SOUTHERN DISTRICT

500 PEARL ST

NEW YORK, NY 10007

Dear Pro Se Clerk,

    The above is the plaintiff in this Action. My initial complaint conforms with all rules and regulations of the Court.  Please see list forms attached to this motion.

Eric Andrew Perez

Enclosures:

        Civil Cover Sheet

        Motion for electronic case filing

        Consent to Electronic Service

        IFP Application

        Application for Pro Bono Counsel

        Signature Page

JS 44C/SDNY
REV.
10/01/2020

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS<br>ERIC ANDREW PEREZ | DEFENDANTS<br>EXPERIAN, EQUIFAX, TRANS UNION, SEQUIUM, FTC FEDERAL TRADE<br>Commission, Citibank |
|---|---|
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER<br>PRO SE MOTION FOR PROB BONO | ATTORNEYS (IF KNOWN) |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☑ Yes ☐      Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☒ Yes ☐     If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?      No ☒   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)      NATURE OF SUIT

### TORTS

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 440 EMPLOYMENT
[ ] 441 VOTING
[ ] 442 HOUSING/ ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

[x] 440 OTHER CIVIL RIGHTS (Non-Prisoner)

**PRISONER CIVIL RIGHTS**
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

### ACTIONS UNDER STATUTES

**FORFEITURE/PENALTY**
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840 TRADEMARK
[ ] 880 DEFEND TRADE SECRETS ACT

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 485 TELEPHONE CONSUMER PROTECTION ACT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Andrew Perez

Write the full name of each plaintiff or petitioner.

No. _____ CV _____

-against-

Experian, Equifax, Transunich, Sequium
FTC, Citbank

Write the full name of each defendant or respondent.

**MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing
("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at
   http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _10-28-20_.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at
   https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents
   only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my
   documents electronically and I may not submit documents to the Pro Se Intake Unit
   for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ a computer with internet access and a word processor

   type of computer I will be using: _Mac Book Pro_

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev. 10/4/18

type of word processor I will be using: _____

☑ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☑ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _Printer HP_____

☑ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

_ADOBE_____

☑ a printer or copier to create required paper copies such as chambers copies.

8.  I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9.  I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

10-29-20                          Eric Arthur Perez
Dated                              Signature

Eric Arthur Perez
Name

421  8th Ave Unit 23  NY NY      10016
Address                  City        State   Zip Code

917 463 9418              expert.trainers@icloud.com
Telephone Number           E-mail Address

2

From: **Eric Perez** experttrainers@icloud.com
Subject: Fwd: 20-cv-9119 Southern District
Date: January 4, 2021 at 7:41 AM
To: criminal.division@usdoj.gov



Dear Sir Or Madam:

The above entitled case is deliberately being federally obstructed. The email I just received is coming from the persons within this rat church that has access to my information stored on a NYPD server and being illegally rerouted according to the waves of snitches that these scum bag scientists are orchestrating. The facts are that I have not received any notifications to the legally registered email address from Pacer or any address at the southern district court in reference to this case. This situation is the work of a group of multi state racketeers whom are creating a career for themselves by perpetrating violations and deprivations against this plaintiff as your office has been aware of. The attached email states that I have been receiving notifications:

> The system indicates you have been receiving notices to experttrainero@iword.com. If this email is incorrect please update your info with the pro se department. If you have further questions please contact the pro se department at 212-805-0175

There is no such web extension as iword.com and any it person would know this. These individuals are orchestrating this and have illegal access to my emails and other electronic information as a racket and a requirement to their scheme. There scheme also requires me to be under the control or imprisonments of various law enforcement agencies hence why they would respond to my inquiries with such a response. I would like this situation investigated, and will be reporting this in writing to the DOJ certified return receipt. This is really obvious and sad that your agency would allow this to be perpetrated against a service connected veteran as a job.

Sincerely,

Eric Perez
9174639418

Sent from my iPhone

Begin forwarded message:

> **From:** Eric Perez <experttrainers@icloud.com>
> **Date:** January 4, 2021 at 7:05:20 AM EST
> **To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
> **Subject: Re: 20-cv-9119 Southern District**
>
> Dear Sir Or Madam:
>
> I have not received one email from the pacer system or the southern district court in response to my lawsuit at all. Your bosses should know this because this censorship and obstruction is being directed by the federal authorities. I would like copies of the email notices that I have been emailed in regards to this case with date and time stamps on them. If you are unable to provide these then my hypothesis is correct.
>
> Sincerely,
>
> Eric Perez
> 9174639418
>
> Sent from my iPhone
>
> > On Jan 4, 2021, at 12:36 AM, Help Desk NYSD <Help_Desk@nysd.uscourts.gov> wrote:
> >
> > The system indicates you have been receiving notices to experttrainero@iword.com. If this email is incorrect please update your info with the pro se department. If you have further questions please contact the pro se department at 212-805-0175
> >
> > Bc

---

**From:** Eric Perez <experttrainers@icloud.com>
**Sent:** Saturday, January 2, 2021 1:50:57 PM
**To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Subject:** 20-cv-9119 Southern District

**CAUTION - EXTERNAL :**