Dear Judge:

  I would like to state for the record that CT corporation who serves as the registered agent of Experian and Verizon Wireless has not responded to the proper service of this suit. They have they not responded properly to the service of the suit and have forwarded the suit to a rejection department instead of to the companies on the lawsuit as part of an interstate racket and synthetic identity theft scheme that includes several ongoing interstate felonies to include the following: interference with interstate commerce, assigning & attempting to use this plaintiff's apartment at the center of a malicious act to include hacking of security cameras, breaking & entering & illegal gathering of identification documents & assigning a confidential informant to this apartment, illegal interception of my electronic communications, deploying informants & government assets to the adjacent apartments to spy & break & enter, and finally targeting my name & identity on the internet as a training tool and targeted individual scheme including the deployment of equipment in the apartments above me, below me, and on either side of me being orchestrated by persons affiliated with 1424 Vyse Ave LLC which is my former residence. They refuse to respond properly or accept service because the companies in collusion with this scheme are under the control of the registered agent. I am requesting that these defendants Experian and Verizon wireless be penalized. If not the companies themselves it is their representatives and quasi governmental individuals who are responsible for this scheme. Please advise as to further action.

Sincerely,

        Eric Perez
        9174639418

Sent from my iPhone