# ERIC PEREZ

421 8th Ave Unit #93
New York, NY 11368
917-463-9418

experttrainers@icloud.com

March 15, 2021

SAS Sequiem Asset Solutions

RE: 20-cv-9119 response to request for dismissal 12(c)

Honorable Mary Kay Vyskocil:

 Eric Andrew Perez appearing Pro Se in the above entitled case is a service connected formerly homeless Marine Corps veteran diagnosed with TBI & PTSD due to service connected incidents over 23 years ago. Plaintiff Perez has no legal training and limited knowledge of the law and legal procedures, ands has been denied request for council in this case. FTC (Federal Trade Commission) was named as defendant in this case due to the deliberate and engineered credit manipulation which contributes to Perez's socio economic oppression, identification theft synthetic & other, collusion with NYS State Department of Corrections, NYPD, and Department of Customs ICE, and their deliberate indifference to the institutional quasi governmental rackets being perpetrated against plaintiff Perez for the benefit of a number of officials operating within the East Coast & internationally running this scheme.

 Plaintiff Perez has been under the total illicit and illegal control of these quasi governmental racketeers for well over 10 years. These officials are in charge of his environment, living conditions, his neighbors, social media, bank accounts, financial instruments, credit file, and even the oppression of his social interactions. These individuals have displaced veteran Perez in three zip codes by targeting him using a combination of illegal; surveillance, interstate stalking, identity theft, unwarranted invasion of privacy, assigning identities & lives, and the perpetration of a campaign to act as Perez's mortal enemy & adversary using the national security apparatus run from Fort Mead and the NSA. This includes using foreign services and spies whom are

in charge of a million dollar budget to set up and engineer Perez's surroundings and even conduct radiation experimentation against Perez.

These individuals are even in charge of my lawyers and my Doctors one of which just performed surgery on Perez's right knee. This is being perpetrated with the known fact that veteran Perez is diagnosed with PTSD and his unwarranted invasion of privacy. Ironically, this is a well known scheme using a combination of methods and symbols to give directions and perpetrate various acts without having to give directions that are able to be recorded through using symbols, pictures, and codes.

Ironically, legal representative for Sequiem denies any and all allegations by using the abbreviations SAS and in some circles the SAS is synonymous with British Special Forces and Intelligence Services. I sent believe this was an accidental at all and that this whole conspiracy has been cooked up and engineered by various criminals within our government whom are being paid to violate my civil liberties and perpetrate conditions of false imprisonment and terror on Veteran Perez. Perez has conducted his own private investigation with licensed private investigators who support Perez's allegations with facts.

Perez has suffered 23 years of these conditions and has been under the control of these criminal agents for as long as he can remember. They treat him as a foreigner in his own country and care for his enemies as part of this scheme. I will now respond to the motion of Ms. Little whom may have relations to the same Jefferson County Sheriff Deputy employed in Jefferson County NY and who has been personally involved with veteran Perez's oppression and physical injuries while falsely imprisoned at Jefferson County Jail "AKA NO".

### RESPONSE

Perez and the Court have received no response from Experian or Verizon due to this same scheme. Perez has clarified the defendants to registered agent CT Corporate System in the last letter addressed to this Court on 2-24-21 and a physical letter addressed to CT Corporate Systems tracking 2-26-21. These individuals are responsible for several ongoing schemes which control identities and interstate commerce.

In my professional opinion these individuals are "Heat Makers" or persons whom perpetrate government level schemes as sting operations and then perform personnel switches en masse to clean out the trash. Ms. Little states that this

complaint should be dismissed because they are not in violation of any of these statutes and had no knowledge of any wrongdoing.

SAS as they have abbreviated it is a debt collection service owned and operated by one of the orchestrators of this scheme of credit manipulation and debt fraud, and has been used as the collector of this debt on orders of a quasi official with illegal access to my accounts. This is not the first time my credit score and report has been damaged through the reporting of an illegal debt onto my credit report as in 2016 a 3,000 dollar debt to Invent Help was reported.

Plaintiff Perez is belongs to a class of citizens engaged in litigation against it 18-cv-05893. SAS is guilty of fraud, deceptive practices, and illegal practices which fall under the Fair Credit Act and the FTC Act. Section 5(a) of the Federal Trade Commission Act (FTC Act) (15 USC §45) prohibits "unfair or deceptive acts or practices in or affecting commerce." This prohibition applies to all persons engaged in commerce, including banks.

Legal Standards

The Joint Statement contained in appendix A of these procedures gives a complete description of the legal standards for both unfair and deceptive practices. The legal standards for unfairness and deception are independent of each other. Depend- ing on the facts, a practice may be unfair, deceptive, or both. The legal standards for UDAP are briefly described below.

Unfair Practices

An act or practice is unfair where it

• causes or is likely to cause substantial injury to consumers;

• cannot be reasonably avoided by consumers; and

• is not outweighed by countervailing benefits to consumers or to competition.

Public policy, as established by statute, regula- tion, or judicial decisions may be considered with all other evidence in determining whether an act or practice is unfair.

Deceptive Practices

An act or practice is deceptive where

• a representation, omission, or practice misleads or is likely to mislead the consumer;

- a consumer's interpretation of the representation, omission, or practice is considered reasonable under the circumstances; and

- the misleading representation, omission, or prac- tice is material.

Debt collection is defined as: **Debt collection** is the process of pursuing payments of debts owed by individuals or businesses. An organization that specializes in debt collection is known as a collection agency or debt collector.[1] Most collection agencies operate as agents of creditors and collect debts for a fee or percentage of the total amount owed.[2]

Legal Definition of interstate commerce: commerce, traffic, transportation, and exchange between states of the U.S. SAS is engaged in interstate commerce through the collection of debts from 1130 Northchase Pkwy SE #150th, Marietta, GA 30067. They are also conveniently located 15 minutes from Dobbins Air base. Meaning, they could be in collusion with quasi governmental officers and under their direction. They are also part of an interstate conspiracy where plaintiff Perez's phone calls are redirected to various hubs and law enforcement call centers.

SAS Sequiem Asset Solutions as well as Verizon actively participated in illegal credit manipulation by passing off this debt onto my credit report after the plaintiff had taken Verizon to Small Claims Court in the Bronx and explained his situation. Verizon also followed the direction of a quasi governmental official in referring this debt as part of a credit manipulation and debtor scheme.

SAS performed no investigation into the debt and failed to provide any proof of the debt to plaintiff Perez. SAS also failed to provide proof of payment of the debt to plaintiff Perez after Perez requested proof of payment of the debt.

SAS's is complicit and guilty of participating in this conspiracy against plaintiff Perez and this case must move forward.

Sincerely yours,

Eric Perez