ERIC PEREZ
421 8th Ave Unit #93
New York, NY 10116
experttrainers@icloud.com
917-463-9418

March 30, 2021


RE: 20-CV-9119 Request Judicial Conference

Dear Hon. Judge:


Plaintiff Perez is requesting a Judicial Conference in reference to the above entitled case.


Sincerely yours,


Eric Perez