UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ANDREW PEREZ,

                Plaintiff,        20-cv-9119 (JGK)

    - against -              ORDER

EXPERIAN ET AL.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

    This case has been recently reassigned to this Court.

    Judge Vyskocil's April 16, 2021 Order in ECF No. 55 is confirmed to the extent it set a schedule for dispositive motions to dismiss. However, it is unnecessary to hold a pretrial conference at this time or to set a deadline for a scheduling order in view of the pendency of possibly dispositive motions. Accordingly, the conference scheduled for May 11, 2021 is canceled.

    Counsel should confer if settlement of this matter is possible and whether a reference to a Magistrate Judge or the mediation panel would be useful. The parties should report back to the Court by May 10, 2021. The parties should also report whether they agree to a reference to the Magistrate Judge for trial.

SO ORDERED.

Dated:   New York, New York
         April 26, 2021

_____
John G. Koeltl
United States District Judge