# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| ERIC ANDREW PEREZ,<br>    Plaintiff, | CASE NO.  1:20-cv-09119-PAE |
| vs. | |
| EXPERIAN; EQUIFAX;<br>    TRANS UNION; VERIZON;<br>SEQUIUM ASSET SOLUTIONS;<br>FEDERAL TRADE COMMISSION;<br>and CITIBANK;<br>    Defendants. | **DEFENDANTS' JOINT<br>STATUS REPORT** |

Pursuant to the Court's Order dated April 26, 2021 [Doc. No. 56], Defendants Trans Union, LLC ("Trans Union"), Experian Information Solutions, Inc. ("Experian"), Equifax Information Services LLC ("Equifax"), New York SMSA Limited Partnership (d/b/a Verizon Wireless) and Sequium Asset Solutions, LLC ("Sequium")[1] hereby submit this Joint Status Report.

Defendants do not believe that settlement is feasible at this time and, therefore, do not believe it is necessary for referral of this this matter to a Magistrate Judge or to the mediation panel.  For the reasons set forth in Sequium's pre-motion letter dated March 15, 2021 [Doc. No. 40] and Equifax's pre-motion letter dated March 22, 2021 [Doc. No. 42], Defendants believe that this matter is appropriate for dismissal/judgment on the pleadings and anticipate moving forward with the dispositive motion briefing schedule established by the Court on April 16, 2021 [Doc. No. 55].  Defendants also do not agree to a reference of this matter to the Magistrate Judge for purposes of trial.

---

[1] On January 6, 2021, the Court *sua sponte* dismissed the Federal Trade Commission [Doc. No. 11] and Citibank has not yet appeared.  Additionally, prior to the submission of this Status Report, Plaintiff unilaterally filed an unsolicited correspondence with this Court – one of many that Plaintiff has filed – indicating (after explaining that he believes invisible informants broke into his apartment and erased items from his hard drive and stole his mail) that he wishes to have a conference with the Court and requesting clarification of the dispositive motion briefing schedule.

Respectfully submitted,

Date: May 10, 2021

*s/Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

*s/Courtney Stieber (with consent)*
Courtney Stieber, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10001
Telephone:  (212) 218-5500
Fax:  (212) 218-5526
E-Mail:  cstieber@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

**McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**

*Howard A. Fried* (with consent)
Howard A. Fried, Esq. (HAF2114)
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-4420
*hfried@mkcilaw.us.com*

*Counsel for Defendant*
**NEW YORK SMSA LIMITED PARTNERSHIP, D/B/A VERIZON WIRELESS**

*s/Brendan H. Little (with consent)*
Brendan Hoffman Little
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Telephone: (716) 853-5100
E-Mail: blittle@lippes.com

*Counsel for Defendant*
*Sequium Asset Solutions, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **10th day of May, 2021**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Cealagh P. Fitzpatrick, Esq. cfitzpatrick@jonesday.com | Howard A. Fried, Esq. hfried@mkcilaw.us.com |
| Dean L. Pillarella, Esq. dpillarella@mkcilaw.us.com | Courtney S. Stieber, Esq. cstieber@seyfarth.com |
| Brendan H. Little, Esq. blittle@lippes.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **10th day of May, 2021,** properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff** Eric Andrew Perez 421 8th Avenue, Unit #93 New York, NY  10116 | |

*s/Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*