UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

ERIC ANDREW PEREZ,

                Plaintiff,

     -against-

EXPERIAN, EQUIFAX, TRANS UNION,
VERIZON, SEQUIUM ASSET
SOLUTIONS, FEDERAL TRADE
COMMISSION, CITIBANK,

              Defendants.

X : : : : : : : : : : : : X

Index No. 1:20-cv-09119-MKV

-------------------------------------------------------

_____

**COMPENDIUM OF UNREPORTED DECISIONS AND OTHER AUTHORITIES
CITED IN DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS AND FOR
JUDGMENT ON THE PLEADINGS**
_____

SEYFARTH SHAW LLP
Courtney Stieber
620 Eighth Avenue
New York, NY 10018
(212) 218-5500
*Attorneys for Defendant,*
*Equifax Information Services LLC*


SCHUCKIT & ASSOCIATES, P.C.
Camille R. Nicodemus, Esq.
4545 Northwestern Drive
Zionsville, IN, 46077

*Counsel for Defendant*
*Trans Union LLC*

MCGIVNEY KLUGER CLARK &
INTOCCIA, P.C.
Howard A. Fried
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-4420
*Attorneys for Defendant, New York SMSA*
*Limited Partnership, d/b/a Verizon Wireless*


JONES DAY
Cealagh P. Fitzpatrick, Esq.
250 Vesey Street
New York, NY 10281-1047

*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

Pursuant to Local Rule 7.2, Defendants Equifax Information Services LLC, New York SMSA Limited Partnership, d/b/a Verizon Wireless, Trans Union LLC and Experian Information Solutions, Inc., provide herewith copies of all decisions (reported and unreported) and other authorities cited in Defendants' Motion to Dismiss and for Judgment on the Pleadings.

CASES AND OTHER AUTHORITIES                                                              TAB

*Aclys Int'l, LLC v. Equifax, Inc.*,
    2010 WL 1816248 (D. Utah May 5, 2010), aff'd, 438 F. App'x 689 (10th Cir.
    2011) .........................................................................................................................1

*Agu v. Rhea*,
    2010 WL 5186839 (E.D.N.Y. Dec. 15, 2010) .......................................................2

*Alfred Dunhill Ltd v. Interstate Cigar Co.*,
    499 F.2d 232 (2d Cir. 1974) ...................................................................................3

*Ashcroft v. Iqbal*,
    556 U.S. 662, 129 S.Ct. 1937 (2009) ....................................................................4

*Barberan v. Nationpoint*,
    706 F.Supp.2d 408 (S.D.N.Y. Mar. 2, 2010) .......................................................5

*Belfiore v. Procter & Gamble Co.*,
    311 F.R.D. 29 (E.D.N.Y. 2015) .............................................................................6

*Bell Atlantic v. Twombly*,
    550 U.S.544 (2007) ................................................................................................7

*Brown v. Card Service Center*,
    464 F.3d 450 (3d Cir. 2006) ...................................................................................8

*Burns Int'l Sec. Servs., Inc. v. Int'l Union*,
    47 F.3d 14 (2d Cir. 1995) (per curiam) .................................................................9

*Cahlin v. General Motors Acceptance Corp.*,
    936 F.2d 1151 (11th Cir. 1991) ...........................................................................10

*Chambers v. Time Warner, Inc.*,
    282 F.3d 147 (2d Cir. 2002) .................................................................................11

*Chavis v. Chappius*,
    618 F.3d 162 (2d Cir. 2010) ...................................................................................12

*Cohen v. Equifax Information Services, LLC*,
    2019 WL 5200759 (S.D.N.Y. Sept. 13, 2019) .......................................................13

*Comunale v. Home Depot, U.S.A., Inc.*,
    328 F. Supp. 3d 70 (W.D.N.Y. 2018) ....................................................................14

*Dargahi v. Honda Lease Trust*,
    370 Fed. App'x. 172 (2d Cir. 2010) .......................................................................15

*Davis v. Equifax Info. Servs. LLC*,
    346 F. Supp. 2d 1164 (N.D. Ala. 2004) ................................................................16

*Doherty v. Citibank (S. Dakota) N.A.*,
    375 F. Supp. 2d 158 (E.D.N.Y. 2005) ...................................................................17

*Douglass v. Convergent Outsourcing*,
    765 F.3d 299 (3d Cir. 2014) ...................................................................................18

*Gaft v. Mitsubishi Motor Credit of America*,
    2009 WL 3148764 (E.D.N.Y. Sept. 29, 2009) ......................................................19

*Gorman v. Experian Information Solutions, Inc.*,
    2008 WL 4934047 (S.D.N.Y. Nov. 19, 2008) .......................................................20

*Holloway v. Bristol Myers Corp.*,
    485 F.2d 986 (D.C.Cir.1973) .................................................................................21

*Houston v. TRW Info. Servs., Inc.*,
    1989 WL 59850 (S.D.N.Y. May 2, 1989) .............................................................22

*Huertas v. Galaxy Asset Mgmt.*,
    641 F.3d 28 (3d Cir. 2011) .....................................................................................23

*Kane v. Guaranty Residential Lending, Inc.*,
    No. 04-CV-4847 (ERK), 2005 WL 1153623 (E.D.N.Y. 2005) ............................24

*Kinsey v. Bloomberg*,
    2014 WL 630670 (S.D.N.Y. Feb. 18, 2014) .........................................................25

*L-7 Designs, Inc. v. Old Navy, LLC*,
    647 F.3d 419 (2d Cir. 2011) ...................................................................................26

*Longman v. Wachovia Bank, N.A.*,
    702 F.3d 148 (2d Cir. 2012) ...................................................................................27

*McManamon v. Shinseki*,
   2013 WL 3466863 (S.D.N.Y. July 10, 2013) ....................................................................28

*Moore v. New York Cotton Exchange*,
   270 U.S. 593, 46 S.Ct. 367, 70 L.Ed. 750 (1925) ...................................................29

*Morris v. Credit Bureau of Cincinnati, Inc.*,
   563 F.Supp. 962 (S.D Ohio 1983)), aff'd, 896 F.2d 543 (2d Cir.1990) ................................30

*Neptune v. Trans Union Corp.*,
   1993 WL 505601 (E.D.Pa. Dec. 8, 1993), aff'd, 27 F.3d 558 (3d Cir.1994) ........................31

*Nguyen v. Ridgewood Sav. Bank*,
   66 F.Supp.3d 299 (E.D.N.Y. 2014) ....................................................................32

*Nguyen v. Ridgewood Savings Bank*,
   2015 WL 2354308 (E.D.N.Y. May 15, 2015) ....................................................................33

*Okocha v. HSBC Bank USA, N.A.*,
   700 F. Supp. 2d 369 (S.D.N.Y. 2010) ....................................................................34

*Oliver v. U.S. Bancorp*,
   2015 WL 4111908 (S.D.N.Y. July 8, 2015) ....................................................................35

*Operating Local 649 Annuity Trust Fund v. Smith Barney Fund Mgmt. LLC*,
   595 F.3d 86 (2d Cir. 2010) ....................................................................36

*Peterson v. Equifax Info. Servs. LLC*,
   2018 WL 7348859 (N.D. Ga. Dec. 27, 2018) ....................................................................37

*Pugach v. Klein*,
   193 F. Supp. 630 (S.D.N.Y. 1961) ....................................................................38

*Ray v. Equifax Info. Servs., LLC*,
   2008 WL 11322890 (N.D. Ga. Feb. 15, 2008) ....................................................................39

*Ritchie v. N. Leasing Sys., Inc.*,
   No. 12-CV-4992 (KBF), 2016 WL 1241531 (S.D.N.Y. 2016), *aff'd sub nom.*
   *Ritchie v. Taylor*, 701 F. App'x 45 (2d Cir. 2017) ....................................................................40

*Sanguinetti v. JPMorgan Chase Bank Nat'l Ass'n*,
   No. 20-CV-81023, 2020 WL 7765792 (S.D. Fla. Nov. 13, 2020) ........................................41

*Selvam v. Experian Information Solutions, Inc.*,
   2015 WL 1034891 (E.D.N.Y. Mar. 10, 2015) ....................................................................42

*Shostack v. Diller*,
   No. 15-cv-2255-GBD-JLC, 2015 WL 5535808 (S.D.N.Y. Sept. 16, 2015) ........................43

*SimmsParris v. Countrywide Fin. Corp.*,
  652 F.3d 355 (3d Cir. 2011) ...............................................................................44

*Sira v. Morton*,
  380 F.3d 57 (2d Cir. 2004) ................................................................................45

*Stewart v. Credit Bureau, Inc.*,
  734 F.2d 47 (D.C. Cir. 1984) .............................................................................46

*Tepper v. Amos Fin., LLC*,
  898 F.3d 364 (3d Cir. 2018) ...............................................................................47

*Triestman v. Fed. Bureau of Prisons*,
  470 F.3d 471 (2d Cir.2006) ................................................................................48

*Trikas v. Universal Card Servs. Corp.*,
  351 F.Supp.2d 37 (E.D.N.Y. Jan. 3, 2005) ........................................................49

*Walker v. Schult*,
  717 F.3d 119 (2d Cir.2013) ................................................................................50

*Whelan v. Trans Union Credit Reporting Agency*,
  862 F.Supp. 824 (E.D.N.Y. 1994) .....................................................................51

*Wynn-Bey v. Talley*,
  No. CIV.A. RWT-12-3121, 2012 WL 5986967 (D. Md. Nov. 28, 2012) .............52