UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

Plaintiff,    Eric Andrew Perez

-v-

Defendant.    Experian et al

------------------------------------------------------------------x

Amended

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20cv9119    (PAE ) (JLC )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Motion for Judgment on the pleadings, Dkt. 61, and MTD, Dkt. 64.

☐ All such motions:_____

*Do not check if already referred for general pretrial.

Dated: May 19, 2021

SO ORDERED:

United States District Judge