UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERIC ANDREW PEREZ,

                              Plaintiff,            20 Civ. 9119 (PAE) (JLC)

              -v-

                                                        ORDER

EXPERIAN, *et al.*,

                            Defendants.
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      On October 26, 2021, plaintiff Eric Andrew Perez submitted a letter requesting an extension of time to file an amended complaint. Dkt. 83. On November 2, 2021, this Court, *inter alia*, granted Perez such an extension, and leave to file an amended complaint as to some of his claims, within 60 days. Dkt. 84.

      Perez has not filed his amended complaint, and more than 60 days have passed. If Perez does not file an amended complaint by **January 17, 2022**, the Court will dismiss this action without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

      SO ORDERED.

                                                                              Paul A. Engelmayer
                                                                              United States District Judge

Dated: January 10, 2022
          New York, New York