UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    ERIC ANDREW PEREZ,

                          Plaintiff,                      20 Civ. 9119 (PAE) (JLC)
                 -v-
                                                        ORDER
    EXPERIAN, *et al.*,

                          Defendants.
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On October 26, 2021, plaintiff Eric Andrew Perez submitted a letter requesting an extension of time to file an amended complaint. Dkt. 83. On November 2, 2021, this Court, *inter alia*, granted Perez such an extension, and leave to file an amended complaint as to some of his claims, within 60 days. Dkt. 84. On January 10, 2022, the Court issued an order stating that if Perez still had not filed an amended complaint by January 17, 2022, the Court would dismiss this action without prejudice for failure to prosecute. Dkt. 85.

To date, Perez has not filed his amended complaint. Accordingly, the Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(b).

The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                                  Paul A. Engelmayer
                                                                  United States District Judge

Dated: January 18, 2022
        New York, New York