**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ERIC ANDREW PEREZ,

                Plaintiff,                20 **CIVIL** 9119 (PAE) (JLC)

      -against-                                   **JUDGMENT**

EXPERIAN, et al.,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 2, 2021 and Order dated January 18, 2022, the Court adopts Judge Cott's report and recommendation in its entirety and grants defendants' motions. On October 26, 2021, plaintiff Eric Andrew Perez submitted a letter requesting an extension of time to file an amended complaint. Dkt. 83. On November 2, 2921, this court inter alia, granted Perez such an extension, and leave to file an amended complaint as to some of his claims, within 60 days. Dkt.84. Onn January 10, 2022, the Court issued an order stating that if Perez still had not filed an amended complaint by January 17, 2022, the court would dismiss this action without prejudice for failure to prosecute. Dkt. 85. To date, Perez has not filed his amended complaint. Accordingly, the Court dismisses this action without prejudice. See Fed. R. Civ. P. 41(b); this case is closed.

**Dated:**  New York, New York
          January 19, 2022

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                            Clerk of Court
                                         BY:
                                                            Deputy Clerk